UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. |
| | ) |
| 4J OIL & GAS INV./CONSULTANT, LLC; | ) IN ADMIRALTY |
| ALPINE EXPLORATION CO., INC.; AM. | ) |
| PETROLEUM, LLC; ANGEL OIL, LLC; | ) |
| BIG SKY OPERATING CO., INC.; CARDEN | ) |
| OIL & GAS, INC.; DEERFIELD ENERGY, LLC; | ) |
| DLP RES., LLC; DUPLANTIS RES. LLC; EDNA | ) |
| M. CARDEN; GEORGE DEJOHN; GRAND | ) |
| BEACH LAND, INC.; HARPER PETROLEUM | ) |
| CO., INC.; ISLAND DRILLING, LLC; L. JAY | ) |
| CUCCIA; J.C. OIL & GAS, LLC; JMW ENERGY, | ) |
| LLC; JOHN L. HINDS, III; JOSEPH A. HARPER, | ) |
| JR.; MERRON, LC; MKJ XPLORATION, INC.; | ) |
| NORTH SOUTH OIL & GAS, LLC; RENEE | ) |
| DAVIS DAVENPORT; ROGER DUPLANTIS; | ) |
| ROYAL WOLF II, LP; SCOTT M. | ) |
| SCHLESINGER; SUCCESS ENERGY, LLC; | ) |
| THUNDER ENTER., INC.; TWIN D. ENERGY, | ) |
| LLC; WAVE EXPLORATION GROUP, LLC | ) |
| | ) |
| Defendants. | ) |

1

## THE UNITED STATES' COMPLAINT PURSUANT TO
## THE OIL POLLUTION ACT OF 1990

Plaintiff, the United States of America, alleges upon information and belief as follows:

1.      This is a case of admiralty and maritime jurisdiction against Defendants, *in personam*, pursuant to Rule 9(h) of the Federal Rules of Civil Procedure, as hereinafter more fully appears.

2.      The United States of America ("United States") is authorized to bring this action pursuant to the original jurisdiction conferred by 28 U.S.C. §§ 1333, 1345, 1355; 33 U.S.C. § 2717(b), and other federal law.

3.      Venue is proper.  28 U.S.C. §§ 1391, 1395 & 33 U.S.C. § 2717(b).

4.      The United States brings this action on behalf of the Oil Spill Liability Trust Fund ("Fund"), pursuant to the Oil Pollution Act of 1990, 33 U.S.C. §§ 2701, *et seq*., to recover any and all removal costs and damages incurred directly by the Fund, any removal costs and damages incurred by the Fund through compensation paid to any claimant, and all costs incurred by the Fund by reason of any such claims, including interest, prejudgment interest, adjudicative costs, and attorney's fees.

5.      Pursuant to 33 U.S.C. § 2712(f), the United States has or will acquire through subrogation, the rights of any claimant or State to which the Fund has paid compensation.  The United States specifically reserves the right to amend this complaint to assert any and all such subrogated rights and claims.

6.      On September 14, 2005, the Louisiana Mineral and Energy Board ("Mineral Board") issued State Lease No. 18748 ("SL 18748") to Alpine Exploration Companies, Inc.

2

("Alpine"), giving it an exclusive right to explore for oil and gas on certain State property.

Instrument No. 10554167, Parish of Jefferson, Mineral Book 139, p. 894.

7.      After obtaining SL 18748, Alpine entered into participation and operating

agreements with Defendants 4J Oil & Gas Investments/Consultants, LLC; Alpine Exploration

Co., Inc.; American Petroleum, LLC; Angel Oil, LLC; Big Sky Operating Companies, Inc.;

Carden Oil & Gas, Inc.; Deerfield Energy, LLC; DLP Resources, LLC; Duplantis Resources,

LLC; Edna M. Carden; George DeJohn; Grand Beach Land, Inc.; Harper Petroleum Co., Inc.;

Island Drilling, LLC; L. Jay Cuccia; JC Oil and Gas, LLC; JMW Energy, LLC;  John L. Hinds,

III; Joseph A. Harper, Jr.; Merron, LC; MKJ Xploration, Inc.; North South Oil & Gas, LLC;

Renee Davis Davenport; Roger Duplantis; Royal Wolf II, LP; Scott M. Schlesinger; Success

Energy, LLC; Thunder Enterprises, Inc.; Twin D. Energy, LLC; and Wave Exploration Group,

LLC.

8.      ExPert Oil & Gas LLC ("ExPert"), which had been designated to operate SL

18748, began drilling in September 2006 and completed drilling in October 2006.

9.      SL 18748 and the associated wellhead are located in navigable waters in Bayou

Perot at approximately 29.4045° N, 90.0957° W, in Jefferson and/or Lafourche Parish,

Louisiana.

10.      On January 20, 2007, at a time when Alpine was the lessee of SL 18748, the M/V

CATHY M. SETTOON and its tow BARGE CTCO 202 struck the wellhead, causing oil to flow

into and pollute the navigable waters of the United States.

11.      On September 9, 2007, Alpine assigned SL 18748 to Defendants 4J Oil & Gas

Investments/Consultants, LLC; Alpine Exploration Co., Inc.; American Petroleum, LLC; Angel

Oil, LLC; Big Sky Operating Companies, Inc.; Carden Oil & Gas, Inc.; Deerfield Energy, LLC;

DLP Resources, LLC; Duplantis Resources, LLC; Edna M. Carden; George DeJohn; Grand

Beach Land, Inc.; Harper Petroleum Co., Inc.; Island Drilling, LLC; L. Jay Cuccia; JC Oil and

Gas, LLC; JMW Energy, LLC;  John L. Hinds, III; Joseph A. Harper, Jr.; Merron, LC; MKJ

Xploration, Inc.; North South Oil & Gas, LLC;  Renee Davis Davenport; Roger Duplantis; Royal

Wolf II, LP; Scott M. Schlesinger; Success Energy, LLC; Thunder Enterprises, Inc.; Twin D.

Energy, LLC; and Wave Exploration Group, LLC.

   12. These assignments were approved by the Mineral Board on December 12, 2007,

and were recorded in Jefferson Parish on January 30, 2008.

   13. Though the assignments were made in September 2007, approved in December

2007 and recorded in January 2008, they bore an effective date of August 1, 2006, as depicted

below:

> **THIS ASSIGNMENT** (this "Assignment") is executed as of the respective dates on the acknowledgments attached hereto, but for all purposes it is dated *effective as of August 1, 2006*, (the "Effective Time") by and between:
>
> **Alpine Exploration Companies, Inc.**, a Texas corporation, whose mailing address is c/o Tim Washington, 5910 N. Central Expressway, Suite 270, Dallas, Texas 75206,
>
> hereinafter referred to as "Assignor," and,
>
> **4J Oil & Gas Investments/Consultants, LLC,** a Louisiana limited liability company, whose mailing address is c/o Joe Jameson, 1061 Adelle Street, Morgan City, Louisiana 70380;
>
> **Big Sky Operating Companies, Inc.,** a Wyoming corporation, whose mailing address is c/o Tim Washington, 5910 N. Central Expressway, Suite 270, Dallas, Texas 75206;
>
> **American Petroleum, LLC**, a Louisiana limited liability company, whose

mailing address is c/o Stephen Wippel, 10260 Westheimer, Suite 595, Houston, Texas 77042;

**Angel Oil, L.L.C.**, a Louisiana limited liability company, whose mailing address is c/o Cecil P. Duplantis & Anna T. Duplantis, 4667 Grand Caillou Road, Houma, Louisiana 70363;

**Edna M. Carden**, widow of and C. T. Carden, whose domicile and mailing address is 4415 Shore Drive, Suite 300, Metairie, Louisiana 70006;
Carden Oil & Gas. Inc., a Delaware corporation, whose mailing address is c/o L. Jay Cuccia and Lisa Roper, 4415 Shore Drive, Suite 300, Metairie, Louisiana 70006;

**L. Jay Cuccia**, divorced from Cheryl Landry Cuccia, whose mailing address is 4415 Shore Drive, Suite 300, Metairie, Louisiana 70006;

**Renee Davis Davenport**, legally separated from Alan Davenport, whose mailing address is 426112 Avocado Avenue, Corona del Mar, California, 92625;

**Deerfield Energy, LLC**, a Louisiana limited liability company, whose mailing address is c/o Peter J. Kelly, 4 Weilwood Drive, Slidell, Louisiana 70460;

**George Dejohn**, LLC, a Texas limited liability company, whose mailing address is 4333 Gilbert Avenue, No. 101, Dallas, Texas 75219;

**DLP Resources, LLC**, a Louisiana limited liability company, whose mailing address is c/o Ernest B. Kotara, Jr., 847 River Oaks Drive, Covington, Louisiana 70433;

**Duplantis Resources, LLC**, a Louisiana limited liability company, whose mailing address is c/o Merle DuPlantis, 820 Cedarwood Drive, Mandeville, Louisiana 70471;

**Roger Duplantis**, husband of and Katherine F. Duplantis, whose mailing address is 201 Hialeah Avenue, Houma, Louisiana 70363-6932;

**Expert Oil & Gas, LLC**, a Louisiana limited liability company, whose mailing address is c/o William Henry von Eberstein, Jr. 109 Northpark Blvd., Suite 520, Covington, Louisiana 70433;

**Grand Beach Land, Inc.**, a Louisiana corporation, whose mailing address is c/o Robert C. Pregeant, 188838 Highway 3235, Box 820, Galliano, Louisiana 70354;

5

**Harper Petroleum Company, Inc.,** a Louisiana corporation, whose mailing address is c/o Joseph R. Harper, 1401 Pecan Avenue, Metairie, Louisiana 70001;

**Joseph A. Harper, Jr.,** husband of and Alice B. Hamer, whose mailing address is 3630 Bore Street, Metairie, Louisiana 70001;

**John L. Hinds, III,** husband of and Castal Coco Hinds, whose mailing address is 4415 Shore Drive, Suite 305, Metairie, Louisiana 70006;

**Island Drilling, LLC,** a Louisiana limited liability company, whose mailing address is c/o Gary Chouest, 10260 Westheimer, Suite 200, Houston, Texas 77042;

**JC Oil and Gas, LLC,** a Louisiana limited liability company, whose mailing address is c/o Catherine D. Block, 422 East First Street, Thibodaux, Louisiana 70301;

**JMW Energy, LLC,** a Louisiana limited liability company, whose mailing address is c/o John M. White, 1530 Stillwater Drive, Mandeville, Louisiana 70471;

**MKJ Xploration, Inc.,** a Louisiana corporation, whose mailing address is c/o Eric H. Conrad, 4415 Shores Drive, Suite 227, Metairie, Louisiana 70006;

**Merron, LC,** an Oklahoma limited liability company, whose mailing address is c/o Tom H. McCasland, m, P. O. Box 400 Duncan, Oklahoma 73534.

**North South Oil & Gas, LLC,** a Louisiana limited liability company, whose mailing address is, c/o Thomas C. Anderson 502 River Oaks Drive, Covington, Louisiana 70433;

**Royal Wolf II L.P.,** a Texas limited partnership, whose mailing address is, c/o Greg Mattlage, 2903 State Street, Suite 1105, Dallas, Texas 75204;

**Scott M. Schlesinger, MD,** single male majority, whose mailing address is 5800 West 10th Street, Suite 205, Little Rock, Arkansas 72204;

**Success Energy, LLC,** a Louisiana limited liability company, whose mailing address is, c/o James D. Docherty, 701 Robley Drive, Suite 120, Lafayette, Louisiana 70503;

**Thunder Enterprises, Inc.,** a Louisiana corporation, whose mailing address is, c/o Bryan Anthony Pregeant, 188838 Highway 3235, Box 820, Galliano,

Louisiana 70354;

**Twin D Energy, LLC**, an Oklahoma limited liability company, whose mailing address is c/o Mark J. McCasland, P. O. Box 400 Duncan, Oklahoma 73534.

**Wave Exploration Group, LLC**, a Louisiana limited liability company, whose mailing address is, c/o Jerry Perrett, 8017 Jefferson Highway, Suite A-5, Baton Rouge, Louisiana 70809; and,

hereinafter referred to as **"Assignees"**.

Assignments, pp. 1-2.

14.     Pursuant to the Oil Pollution Act of 1990, the lessee of the area in which an offshore facility is located is a Responsible Party.  33 U.S.C. § 2701(32)(C).  Defendants became Responsible Parties by operation of the retroactive assignment described above.

15.     Under the Oil Pollution Act of 1990, each Responsible Party for a facility from which oil is discharged, or which poses a substantial threat of discharge, into or upon the navigable waters or adjoining shorelines or the exclusive economic zone of the United States, is strictly liable for all costs, damages or disbursements specified.

16.     The Responsible Parties caused the Oil Spill in whole or in part by:

a.      failing to install a sub-surface safety valve, storm choke, or other emergency shut-in system or device – in violation of the Louisiana Administrative Code Title 43 sections 1101, 1003 – that would have prevented (or at least severely limited the amount of) oil being released into the water and surrounding marshlands;

b.      failing to take sufficient precautions to ensure that the wellhead, which constituted an obstruction to navigation, was properly lit;

c.      failing to install sufficient dolphins or other such structures to protect the wellhead from this type of foreseeable allision in navigable waters adjacent to the heavily traveled Gulf Intracoastal Waterway;

d.      failing to inform the United States Coast Guard of the existence of this wellhead, which led to a delay in identifying and notifying the owner while the oil flowed uncontrollably out of the well;

e.      failing to take any other action that would have prevented or limited the Oil Spill in a manner to be established at trial.

17.     The United States responded to the Oil Spill and has incurred "removal" costs, as defined in the Oil Pollution Act of 1990, in the amount of $11,650,264.87, which it asserts on behalf of the Fund.

18.     Under the circumstances herein, the above-named Defendants are liable to the United States, without limitation, for all the aforesaid costs, damages and/or disbursements sustained it as a result of the Oil Spill.

19.     This complaint is limited to removal costs and related expenses.  The United States specifically reserves its future rights of subrogation, if any, pursuant to 33 U.S.C. §§ 2702, 2712, and 2715, in the event the Fund pays any claimants for natural resource damages, real or personal property damages, subsistence use damages, revenue damages, profits and earning capacity damages, and public services damages.

20.     The United States specifically reserves its rights to assert a claim in the future for the injury to, destruction of, loss of, and/or loss of use of natural resources under the trusteeship of the United States, for which the United States is entitled to recover "natural resources"

8

damages.  *See* 33 U.S.C. § 2702(b)(2)(A).

WHEREFORE, the United States prays that this Court grant the following:

1.      That Defendants be designated Responsible Parties under OPA 90 and be ordered to implement or to pay the costs of implementing the plan developed by, or to be developed by, the authorized natural resource trustees for restoration, replacement, and/or acquisition of equivalent natural resources injured by the discharge of oil from the wellhead;

2.      That this Court enter judgment in favor of the United States in the amount of $11,650,264.87, plus prejudgment interest at the appropriate rate;

3.      That the United States have such general and equitable relief as the Court finds just and reasonable.

DATED:        February 25, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

JAMES LETTEN
United States Attorney

THOMAS L. WATSON
Assistant   United   States   Attorney

/s/ Michael A. DiLauro
RODNEY PATTON
BRUCE A. ROSS
MICHAEL A. DiLAURO
Trial Attorneys
Aviation & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
(overnight courier)
1425 New York Ave., N.W.,
Ste. 10146
Washington, D.C. 20005
(mailing)
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone (202) 616-4047
Facsimile   (202) 616-4159
michael.dilauro@usdoj.gov